ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

JOHN TIMOTHY PHILIPSBORN- SBN: 83944
LAW OFFICE OF J T PHILIPSBORN
507 Polk Street, Ste 350
San Francisco, CA 94102-339
(415) 771-3801
(415) 771-3218

Attorneys for Defendant OSCAR GUADRON-DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>OSCAR GUADRON DIAZ,<br><br>               Defendant.<br>_____/ | No. 20-CR-00328-3 WHO<br><br>**STATUS REPORT AS TO MEDICAL CONDITION OF DEFENDANT OSCAR GUADRON-DIAZ**<br><br>Date:    January 11, 2024<br>Time:    1:30 p.m.<br>Crtrm:   Judge Orrick |

**TO:  THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEY LEIF DAUTCH; THE UNITED STATES MARSHAL; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendant Oscar Guadron-Diaz was sentenced to spend 21 years in prison on December 6, 2023. (Dkt. Nos. 145, 149) At the time the defendant entered into a plea agreement in March 2023, and then again at sentencing last month, the Court was notified and apprised that the defendant suffered from a relatively unusual eye condition called

**STATUS REPORT**

1  Keratoconus, that the condition was getting worse, and that there were concerns about his
2  medical treatment while in custody and medically addressing his deteriorating condition.
3  In particular, because only a limited number of ophthalmology clinics are apparently
4  capable of treating the condition, concern was expressed that if Mr. Guadron-Diaz was
5  transferred to the custody of the Bureau of Prisons he would not receive the medical
6  treatment that he urgently needs. It has already been over two years since the condition
7  was diagnosed, and it has been a frustrating journey trying to get the appropriate medical
8  treatment, as the Court will see. Based on the conversations regarding Mr. Guadron-
9  Diaz's medical condition at the sentencing proceeding, the Court set a status conference
10 for January 4, 2024, which was then subsequently changed to January 11, 2024.

11         This Status Report and the accompanying exhibits filed under seal are submitted to
12 provide the Court with a historical summary and documentation as to the diagnosis and
13 treatment of Mr. Guadron-Diaz's medical condition, and the fact that his condition
14 remains untreated for the most part. Furthermore, that prescribed medications, and even
15 contacts or glasses, are not being provided. This e-filed Status Report will provide a
16 general summary of the medical situation, and then separately filed under seal for privacy
17 reasons will be a set of exhibits, A through N, that provide documentation of the
18 diagnosis of the Keratoconus condition, medical visits at Santa Rita, Highland Hospital,
19 and UCSF, sick calls and requests for help by Mr. Guadron-Diaz, and email exchanges
20 with the US Marshal and medical providers seeking treatment for the defendant.

21         The various accompanying exhibits are introduced and described in the body of
22 this report, also providing a timeline of Mr. Guadron-Diaz's medical evaluation and
23 treatment while at Santa Rita. Hundreds of pages of medical records and other
24 documentation have been acquired or produced to counsel, and the accompanying
25 exhibits have been culled out to provide the most relevant information to the Court. Any
26 other records not part of the submitted exhibits can be shared with the Court, the United
27 States Attorney's Office, the US Marshal, the Bureau of Prisons, or any medical providers
28

**STATUS REPORT**

1  involved in the care and treatment of the defendant. Batches of medical records have been

2  requested over the years of seeking treatment for Mr. Guadron-Diaz, and updated, current

3  records have been requested and should be available at the time of the status hearing.

4        The local facility capable of treating Mr. Guadron-Diaz's corneal condition is

5  UCSF. The bottom line is that as of the filing of this memorandum, the defendant has not

6  been brought back to UCSF for further testing, treatment, diagnosis, or medical

7  intervention since he was last seen there in July of 2023.

## FACTUAL BACKGROUND AND EXHIBITS

9        Defendant Guadron-Diaz surrendered at the Santa Rita jail facility on the

10 underlying federal charges in this case in December of 2020, and has remained there ever

11 since.

12       According to the Mayo Clinic:

> Keratoconus (ker-uh-toe-KOH-nus) is an eye condition in which your cornea - the clear, dome-shaped front of your eye - gets thinner and gradually bulges outward into a cone shape.
>
> A cone-shaped cornea causes blurred vision and may cause sensitivity to light and glare. Keratoconus usually affects both eyes. However, it can affect one eye more than the other. It generally begins to affect people between the late teens and 30 years of age. The condition may progress slowly for 10 years or longer.
>
> In the early stages of keratoconus, you might be able to correct vision problems with glasses or soft contact lenses. Later, you may have to be fitted with rigid, gas permeable contact lenses or other types of lenses, such as scleral lenses. If your condition gets worse, you may need a cornea transplant.
>
> A procedure called corneal collagen cross-linking may help to slow or stop keratoconus from progressing, possibly preventing the need for a future cornea transplant. This treatment may be offered in addition to the vision correction options above.

https://www.mayoclinic.org/diseases-conditions/keratoconus/symptoms-causes/syc-20351352#:~:text=Keratoconus%20(ker%2Duh%2Dtoe,Keratoconus%20usually%20affects%20both%20eyes.

      Wellpath is the medical service provider in place at the Santa Rita jail facility since Mr. Guadron-Diaz has been at the facility. Exhibit A is a June 11, 2021 Wellpath Optometric Record for Mr. Guadron-Diaz indicating optometric testing and a likely

**STATUS REPORT**
-3-

diagnosis of Keratoconus, suggesting a referral to be made to Highland Hospital for further evaluation.

Exhibit B is a December 2, 2021 second Wellpath Optometric Record for Mr. Guadron-Diaz repeating the suspicion of Keratoconus and noting that a referral had been made to Highland Hospital six months earlier in June 2021. Starred on the Optometric Record is the need for a particular type of test to be conducted, a pentacam topography.

Mr. Guadron-Diaz was brought to Highland Hospital on March 10, 2022. Exhibit C is the office visit record for the defendant's testing and evaluation at the Highland Ophthalmology Clinic at Highland. 22 year old Mr. Guadron-Diaz noted to the medical staff that his vision had been blurry since the age of 13, and that he felt his vision had been getting worse. The staff diagnosed the defendant with bilateral keratoconus, and asked that a pentacam topography test be scheduled at the Highland Eye Clinic.

Mr. Guadron-Diaz was brought back to the Highland Ophthalmology Clinic at Highland on October 4, 2022 for follow up evaluation. Exhibit D is the the office visit record for that day. Specific reference is made to Pentacam testing which had been conducted in June of 2022. The record states: "Pentacam June 2022 showing severe inferior thinning OU. Given subjective progressively worsening vision in the past few months recommend crosslinking to halt progression of keratoconus. Will need contact lens after crosslinking. Referral to UCSF sent today.

It was not until July of 2023 that Mr. Guadron-Diaz was brought to UCSF. Exhibit J contains a March 21, 2023 Chart Note from Dr. Asaad Traina, an internist and the medical director at Santa Rita, which states:

> I was notified by Patricia Wirag that UCSF refused to accept this patient [Mr. Guadron-Diaz] for an appointment to see a cornea specialist. Several attempts were made and all were unsuccessful. I sent the following message to the cornea specialist at Highland, Dr. Shah, who saw the patient on10/4/2023 (sic) ane recommended referral to USCF: Good Morning Dr. Shah, my name is Asaad Traina. I am the internist and the medical director at Santa Rita Jail. You referred this patient to UCSF but when our patient coordinator made several attempts to schedule an appointment there, she was told that the cornea specialists do not see patients from the Santa Rita Jail. I am reaching out to see what alternative you may consider since UCSF is not an option at this time.

**STATUS REPORT**
-4-

There is no other Chart Note in the in the Santa Rita records currently in counsel's possession (through August 16, 2023) indicating any response to Dr. Traina's inquiry and/or any response from Dr. Shah.

In the meantime, before Mr. Guadron-Diaz was seen at UCSF in June 2023, he had at least two more visits with the Wellpath Optometry Clinic at Santa Rita. Exhibits E and F are Wellpath Optometric records for visits on March 14, 2023 and June 13, 2023. Both records are noteworthy because they reference the UCSF corneal cross-linking referral which has still not taken place, and Mr. Guadron-Diaz's complaint of worsening vision.

On July 31, 2023, Mr. Guadron Diaz was taken to the UCSF Ophthamological Clinic to be evaluated. Exhibit G is the report of the evaluation, confirming the primary diagnosis of Keratoconus of both eyes and discussing the Pentacam OD testing. The recommendation was that Mr. Guadron-Diaz return to UCSF in three months, around October 31, 2023. The instructions for the defendant were try Pataday (olopatadine) allergy eye drops daily in both eyes, try fluorometholone steroid eye drops as needed (no more that 2x/day both eyes), and avoid rubbing his eyes as much as possible. The records also indicate that a "sleep referral has been submitted" and that "An Optometry referral has been submitted for contact lens and glasses". Exhibit H is the July 31, 2023 UCSF medication list provided for Mr. Guadron-Diaz relating to his eyes, prescribing Fluorometholone ((FML) 0.1 % opthalmic suspension), Ketotifen (ZADITOR), and Olopatadine (PATADAY - 0.2% opthalmic solution). Significantly, Mr. Guadron-Diaz has not been brought back to the UCSF Ophthamological Clinic, he has not been provided contact lenses or glasses, and no type of "sleep referral" or study has been conducted. A review of Mr. Guadron-Diaz's Sant Rita medical records through August of 2023 indicate that he is being provided an opthalmic solution and Ketotifen (ZADITOR) on a daily basis, but there is no indication that he is receiving Fluorometholone ((FML) 0.1 % opthalmic suspension).

Exhibit K is a series of sick call documentation contained in Mr. Guadron-Diaz's Santa Rita medical records where he is requesting treatment of his eye condition. The requests are dated January 19, 2023, April 20, 2023, May 16, 2023, May 27, 2023, and July 3, 2023. There are expected to be multiple additional sick call requests in the recently requested Santa Rita medical records through 2024. Noteworthy among these various sick call requests are references to continuing headaches (pain level 9/10 per patient), worsening vision, and waiting to be brought to the hospital for surgery on his eyes. [1]

As indicated in a Chart Note in his Santa Rita medical records, there was a preliminary issue or difficulty by March 2023 with getting Mr. Guadron-Diaz seen at the UCSF Ophthamological Clinic. Counsel reached out to the United States Marshal on numerous occasions, particularly to Deputy Shawn Fogle, to have Mr. Guadron-Diaz's medical issues addressed and to find a way to get the defendant evaluated and treated at UCSF. Counsel enlisted the private investigator who worked on Mr. Guadron-Diaz's case and who had regular contact with the defendant, Scott Compton, to try and gather information and contacts to cut through any red tape to get the defendant evaluated and treated at UCSF. Key to that alliance is that Mr. Compton's wife works as a nurse at UCSF, and had contacts in the billing and contract unit, as well as the Ophthamological Clinic. She generously agreed to help. Without belaboring the history of communication or getting into the minutiae, Exhibit L is an email string printout with the United States Marshal and others between March and June 2023, documenting the efforts to figure out

---

[1] Counsel is informed that during his visits to Highland Hospital in 2023 Mr. Guadron-Diaz was told that he would definitely need surgery. He was also told that the surgery could only be conducted by the specialists at UCSF. When he saw the specialists at UCSF on July 31, 2023, there seemed to be a more conservative approach to surgery, with new medications prescribed, and a new evaluation to take place three months down the road. Obviously that has not happened and it is not clear if corneal surgery is required. Mr. Guadron-Diaz's current subjective reporting is that his condition is getting worse, particularly with his left eye, he is having more spells of blurred vision, and he is experiencing more headaches.

**STATUS REPORT**
-6-

how to get proper medical attention for the defendant, and then ultimately get him to UCSF.

By the end of June 2023, there was some success in getting the Marshal, Wellpath, and UCSF in communication with one another and finding a solution to the logjam. See the brief email string attached as Exhibit M.  Counsel is unaware of the practical, contractual, and financial details that got Mr. Guadron-Diaz to UCSF at the end of July 2023, but it happened. We are obviously now at a standstill in terms of his need for further evaluation and treatment. Assistance and intervention from the Court is now being requested in order get the medical attention the defendant urgently needs.

Exhibit N is a copy of an email sent to Deputy Marshal Shawn Fogle and AUSA Leif Dautch yesterday previewing this status report to be filed with the Court for the scheduled hearing, and the plan regarding exhbits to be submitted to the Court under seal.

## **CONCLUSION**

Based on the information presented in this Status Report and its accompanying exhibits, the records and files in this action, and such further evidence, documentation, arguments as may be presented before and at the hearing of this matter, it is respectfully requested that this Court utilize its inherent powers to make that defendant Oscar Guadron-Diaz gets the medical attention he needs and deserves.

Dated: January 5, 2024			Respectfully submitted,


					_____/s/_____
					ROBERT WAGGENER
					Attorney for Defendant
					OSCAR GUADRON-DIAZ



					_____/s/_____
					PHILIP PHILIPSBORN
					Attorney for Defendant
					OSCAR GUADRON-DIAZ

**STATUS REPORT**